AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) |
| v. | ) |
| | ) Case No. 24-MJ-91 |
| DANIEL WAYNE CALLIHAN | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 12 - 13, 2024__ in the parish of __Tangipahoa__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a) | Kidnapping |
| 18 U.S.C. § 2423(a) | Transportation with intent to engage in criminal sexual activity |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

/s/Patrick Brister
*Complainant's signature*

Special Agent Patrick Brister, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/14/2024

Judge's signature

City and state: New Orleans, Louisiana

Hon. Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **Case No.: 24-MJ-91** |
| v. | * | **MAGISTRATE JUDGE** |
| **DANIEL WAYNE CALLIHAN** | * | |
| | * | |
| | * | |

\* \* \*

### AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Patrick Brister, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Affiant has been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since September 2018. Affiant is assigned to the FBI Office in New Orleans, Louisiana (FBI New Orleans Division), wherein Affiant's primary responsibilities include the investigation of violations of federal statutes. Affiant is an investigative or law enforcement officer of the United States. Affiant is currently assigned to investigate matters related to Crimes Against Children to include violations of Title 18, U.S.C. § 1201(a), Kidnapping and 18 U.S.C. § 2423(a) (Transportation with intent to engage in criminal sexual activity).

### OVERVIEW AND PURPOSE OF AFFIDAVIT

2. This affidavit is in support of a criminal complaint charging Daniel Wayne Callihan with violations of Title 18, U.S.C. §1201(a) (Kidnapping) and 18 U.S.C. § 2423(a) (Transportation with intent to engage in criminal sexual activity).

3. Based on my training and experience and the facts as set forth in this affidavit, probable cause exists to believe that Callihan committed violations of 18 U.S.C. §§ 1201(a) and 2423(a).

4. This affidavit is made in support of an application for a criminal complaint under Title 18 U.S.C. §§ 1201(a) and 2423(a).

5. Affiant has been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since September 2018. Affiant is assigned to the FBI Office in New Orleans, Louisiana (FBI New Orleans Division), wherein Affiant's primary responsibilities include the investigation of violations of federal statutes. Affiant is an investigative or law enforcement officer of the United States. Affiant is currently assigned to investigate matters related to Crimes Against Children to include violations of Title 18, U.S.C. §§ 1201(a) and 2423(a).

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, U.S.C. §§ 1201(a) (Kidnapping), and 2423(a) (Transportation with intent to engage in criminal sexual activity) have been committed by Daniel Wayne Callihan ("CALLIHAN").

## SUMMARY OF PROBABLE CAUSE

8. CALLIHAN kidnapped two minor children in Loranger, Louisiana, and transported them by vehicle to Jackson, Mississippi. Plate readers tracked the vehicle used by CALLIHAN from Loranger to Jackson, and surveillance video from a McDonald's in McComb shows

2

CALLIHAN with the vehicle and what appears to be the two minor children. United States Marshals located CALLIHAN on Terry Road in South Jackson, and they located the two minor children (nearby on property on Boozier Drive. One of the two children was deceased. Prior to the Marshals locating CALLIHAN on Terry Road and discovering the two minor children at the property on Boozier Drive, a witness had observed CALLIHAN and the two minor children on the property. CALLIHAN was arrested and taken into custody. During his custodial interview, CALLIHAN confessed to the murders of CALLIE BRUNETT ("BRUNETT") and her minor daughter, MINOR VICTIM 1 (a four-year-old female whose identity is known to me), the theft of BRUNETT's vehicle and disposal of her cellular telephone, and his intent to keep the living minor child as a "sex slave." One minor, a six-year-old female, MINOR VICTIM 2 (a six-year-old female whose identity is known to me), was recovered alive and disclosed events consistent with ██████████████████████████. Physical evidence indicated that ██████████████████████████████████████████████████.

## PROBABLE CAUSE

9. Since on or about Thursday, June 13, 2024, law enforcement authorities in Loranger, Louisiana, within the Eastern District of Louisiana, have been investigating the kidnapping of MINOR VICTIM 1 and MINOR VICTIM 2 (collectively, MINOR VICTIMS) from their residence in Loranger, Louisiana.

10. At approximately 8:00 a.m., Thursday, June 13, 2024, MINOR VICTIMS' grandparents travelled to the residence of the MINOR VICTIMS and their mother, Callie Brunett ("BRUNETT") after being unable to contact BRUNETT.

11. Upon arriving at the residence of MINOR VICTIMS and BRUNNETT in Loranger, Louisiana, MINOR VICTIMS' grandparents discovered BRUNNETT deceased in a state that

3

indicated her death was not the result of natural causes and the MINOR VICTIMS missing. A vehicle belonging to BRUNETT, 2012 Chrysler 200 with Louisiana license plate 859GML ("VEHICLE"), was also missing. MINOR VICTIMS' grandparents notified law enforcement authorities.

12. Law enforcement officials requested historical License Plate Reader (LPR) data for the VEHICLE, which resulted in multiple positive responses indicating that the VEHICLE had travelled in the direction of Jackson, Mississippi. One of the positive responses placed the VEHICLE in Byram, Mississippi on June 12, 2024, at approximately 6:05 p.m.

13. Law enforcement authorities obtained video surveillance footage from McDonald's, 320 Delaware Ave, McComb, Mississippi on June 12, 2024, that showed CALLIHAN attempting to change a tire on the VEHICLE.

14. The video footage further showed two small individuals, who appeared to be MINOR VICTIM 1 and MINOR VICTIM 2, in the rear seats of the VEHICLE while CALLIHAN was attempting to change the tire.

15. On about Thursday, June 13, 2024, Dixie Hemphill (HEMPHILL), CALLIHAN's sister, notified law enforcement authorities that she had received messages from BRUNETT's Facebook account on June 12, 2024. HEMPHILL stated that the messages from BRUNETT's Facebook account indicated that CALLIHAN was using the account and was the author of the message.

16. CALLIHAN, using BRUNETT's Facebook account, told HEMPHILL that he had done something bad and needed gas money. CALLIHAN asked HEMPHILL to send him money via the mobile payment service Cash App. HEMPHILL contacted law enforcement authorities.

17. On June 13, 2024, the United States Marshals Task Force (USMTF) searched the area near Byram, Mississippi, the last known location of the VEHICLE, for CALLIHAN, MINOR VICTIM 1, AND MINOR VICTIM 2.

18. The USMTF located and apprehended CALLIHAN on Terry Road in Jackson, Mississippi, on about June 13, 2024.

19. While members of the USMTF were staging on Boozier Drive (which is near the location on Terry Road where CALLIHAN was ultimately found) to search for CALLIHAN, two civilians approached them and said they had recently heard two children screaming from the woods approximately fifty yards behind a residence located down the road on Boozier Drive, Jackson Mississippi ("the Boozier Drive residence").

20. A picture of the house is included below:



21. Shortly thereafter, MINOR VICTIM 1 and MINOR VICTIM 2 were located in a pit on the property located approximately fifty yards behind the Boozier Drive residence. MINOR VICTIM 1 was deceased.

22. The VEHICLE was located approximately twenty yards behind the house.

23. The investigation has revealed that the Boozier Drive residence is partially unfinished, and there appears to be no permanent residents. Rather, a variety of individuals appear to use the house and stay there for periods from time to time.

24. CALLIHAN was arrested and taken into custody. MINOR VICTIM 2 was alive and was removed from the scene. Law enforcement personnel secured the scene and began the recovery of MINOR VICTIM 1's body.

25. Subsequently, an adult male approached law enforcement and stated that he had been present in the Boozier Drive residence in the prior days. The individual, whose state-issued identification reflected a current address of the Boozier Drive residence, told law enforcement authorities that he observed CALLIHAN, MINOR VICTIM 1, and MINOR VICTIM 2 on the property and inside the Boozier Drive residence during the time period of June 12, 2024, and June 13, 2024.

26. On June 13, 2024, law enforcement personnel conducted a custodial interview of CALLIHAN. The interview was recorded. After being advised of his *Miranda* rights, CALLIHAN waived his rights and made a voluntary statement, which included the following pertinent information:

   a. CALLIHAN stabbed BRUNETT approximately thirty times in her Loranger, Louisiana, residence;

   b. CALLIHAN had wanted to murder BRUNETT for some time;

   c. After he stabbed BRUNETT, CALLIHAN removed MINOR VICTIM 1 and MINOR VICTIM 2 from BRUNETT's residence into BRUNETT's vehicle;

   d. CALLIHAN then drove himself and MINOR VICTIMS into Mississippi and took the MINOR VICTIMS to the Boozier Drive residence;

e. When they arrived at the Boozier Drive residence, MINOR VICTIMS were crying and did not want to stay with CALLIHAN;

f. Eventually, CALLIHAN decided to kill MINOR VICTIM 1;

g. CALLIHAN decided to keep MINOR VICTIM 2 alive as a "sex slave;" and

h. While CALLIHAN had custody of MINOR VICTIM 2, MINOR VICTIM 2 ███████████████████████████████████████
███████████████

27. MINOR VICTIM 2 was transported to University of Mississippi Medical Center. After her recovery, when discussing the events since her abduction from her home, MINOR VICTIM 2 disclosed ███████████████████████████████████[1]

28. A physical examination of MINOR VICTIM 2 conducted by a medical professional revealed a ███████████████████████████████.

29. Pertinent laws of the State of Louisiana include:

a. LA Rev. Stat. 14:42 (First degree rape)

b. LA Rev. Stat. 14:43.1 (Sexual battery)

30. Pertinent laws of the State of Mississippi include:

a. Miss. Code Ann. § 97-3-65 (Rape, Criminal Sexual Assault)

b. Miss. Code Ann. § 97-3-95 (Sexual battery)

c. Miss. Code Ann. § 97-5-23 (Fondling of a child)

---

[1] MINOR VICTIM 2 has not participated in a forensic interview at the time of this submission.

## CONCLUSION

31. There is probable cause to believe that CALLIHAN violated Title 18 U.S.C. §§ 1201(a) (Kidnapping), and 2423(a) (Transportation with intent to engage in criminal sexual activity).

Respectfully submitted,

/s/Patrick Brister
Patrick Brister
Special Agent
Federal Bureau of Investigation

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a warrant will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signature on the affidavit is that of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in affidavit is true and correct to the best of the affiant's knowledge.*

Subscribed and sworn to me telephonically, this ___1488)___ day of June, 2024
New Orleans, Louisiana

HON. KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

8