UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-MJ-91** |
| v. | * | **DUTY MAGISTRATE** |
| **DANIEL WAYNE CALLIHAN** | * | |

\* \* \*

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that the government's motion be and is hereby granted, and the Clerk of Court shall enroll Assistant United States Attorney Sarah Dawkins as additional counsel of record for the United States in the above-captioned proceeding.

New Orleans, Louisiana, this _____ day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE